E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA    **WHA**    **(PR)**

IDRIS NAWABI    Plaintiff,    ) 
                              )    CASE NO. _____
    vs.                       )
                              )    **PRISONER'S**
                              )    **APPLICATION TO PROCEED**
                              )    **IN FORMA PAUPERIS**
                              )
    J.  HARTELY  Defendant.   )
_____)

I, _IDRIS NAWABI_, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    McDonald's, _____

5    _____

6    _____

7    2.      Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9         a.     Business, Profession or            Yes ____  No ✓

10               self employment

11        b.     Income from stocks, bonds,          Yes ____  No ✓

12               or royalties?

13        c.     Rent payments?                      Yes ____  No ✓

14        d.     Pensions, annuities, or             Yes ____  No ✓

15               life insurance payments?

16        e.     Federal or State welfare payments,  Yes ____  No ✓

17               Social Security or other govern-

18               ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.      Are you married?                        Yes ____  No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.      a.     List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support.  (NOTE:

3          For minor children, list only their initials and ages.  DO NOT INCLUDE

4          THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?         Yes ____  No __✓__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?              Yes ____  No __✓__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____  No __✓__ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____ No __✓__ Amount:  $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ____ No __✓__

20   _____

21   8.    What are your monthly expenses?

22   Rent:  $ _____ Utilities:  _____

23   Food:  $ _____ Clothing:  _____

24   Charge Accounts:

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   _____  $ _____  $ _____

27   _____  $ _____  $ _____

28   _____  $ _____  $ _____ 9.  Do

1   you have any other debts? (List current obligations, indicating amounts and to whom they are

2   payable. Do not include account numbers.)

3   _____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____   No __✓__

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  Feb. 18, 2008                    _____

17      DATE                         SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                                        Case Number: _____

3                                      ⟨

4

5

6

7

8

9                              CERTIFICATE OF FUNDS

10                                          IN

11                            PRISONER'S ACCOUNT

12

13        I certify that attached hereto is a true and correct copy of the prisoner's trust account

14  statement showing transactions of _Idris Nawabi., P.41591_ for the last six months

15  at

16                                    [prisoner name]

17  _Avenal State Prison_____        where (s)he is confined.

18        [name of institution]

19        I further certify that the average deposits each month to this prisoner's account for the

20  most recent 6-month period were $ _11.25_ and the average balance in the prisoner's

21  account each month for the most recent 6-month period was $ _0_.

22

23  Dated:_Feb. 18, 2008_        _____

24        2-20-08                [Authorized officer of the institution]

25                                        \

26

27

28

REPORT ID: TS3030 .701                                    REPORT DATE: 02/20/08
                                                          PAGE NO:        1

                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              AVENAL STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT


                   FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008


ACCOUNT NUMBER : P41591                 BED/CELL NUMBER: 640 00000000019L
ACCOUNT NAME   : NAWABI, IDRIS JAV          ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                          TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
----- ----  ------------- --------- --------- ----------- ----------- -----------

08/01/2007   BEGINNING BALANCE                                            0.00

09/17*DD34 EFT DEPOSIT O 1224 JPAY              67.50                     67.50
09/20 FC06 DRAW-FAC 6    6CD3701305                          67.50        0.00
09/24 D320 TRUST FUNDS T 1344/CMC              10.00                     10.00
10/18 FC06 DRAW-FAC 6    6CD3701725                          10.00        0.00


                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/02/99                 CASE NUMBER: H23388
COUNTY CODE: ALA                         FINE AMOUNT: $  10,000.00

    DATE      TRANS.   DESCRIPTION                  TRANS. AMT.   BALANCE
  --------    ------   ----------------------------  -----------   -----------

08/01/2007    BEGINNING BALANCE                                   8,682.72

09/17/07      DR34     REST DED-EFT DEPOSIT            75.00-      8,607.72

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                       TRUST ACCOUNT SUMMARY

| BEGINNING | TOTAL | TOTAL | CURRENT | HOLDS | TRANSACTIONS |
| BALANCE | DEPOSITS | WITHDRAWALS | BALANCE | BALANCE | TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 77.50 | 77.50 | 0.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-20-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

                                        CURRENT
                                        AVAILABLE
                                        BALANCE
                                      --------------
                                            0.00
                                      --------------
                                      --------------