1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

**IDRIS NAWABI,**                          C 08-1258 WHA (PR)

                     Petitioner,           **APPLICATION FOR EXTENSION**
                                           **OF TIME TO FILE RESPONSE**
        v.

**J. HARTELY, Warden,**

                     Respondent.

19         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 30-day

20  extension of time from today's date until June 11, 2008, in which to file a response to the petition

21  for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration

22  of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner

23  representing himself in this case.

24         WHEREFORE, respondent respectfully requests that this Court grant an extension of time

25  to and including June 11, 2008, in which to file the answer or other responsive pleading.

26

27

28

App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

1

1     Dated: May 12, 2008

2         Respectfully submitted,

3         EDMUND G. BROWN JR.
        Attorney General of the State of California

4         DANE R. GILLETTE
        Chief Assistant Attorney General

5         GERALD A. ENGLER
6         Senior Assistant Attorney General

7         PEGGY S. RUFFRA
        Supervising Deputy Attorney General

8

9         /s/ Arthur P. Beever
        ARTHUR P. BEEVER
10         Deputy Attorney General

11         Attorneys for Respondent

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5865
8   Fax: (415) 703-1234
    Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IDRIS NAWABI,**

                 Petitioner,

    v.

**J. HARTELY, Warden,**

                 Respondent.

C 08-1258 WHA (PR)

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

I, Arthur P. Beever, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

2. On March 11, 2008, this Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be granted. The California Attorney General's Office in San Francisco docketed the order on March 24, 2008.

3. No Deputy Attorney General was assigned to represent respondent in the state courts. I am unfamiliar with the case. I am presently unable to begin working on this case because I am preparing the Respondent's Brief on the Merits in *People v. Stevens* (California Supreme Court Case No. S158852). In the past 30 days, I filed Answers in the previously assigned cases of *Thigpen v.*

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

1

1  *Adams* (C 07-4028) and *Johnson v. Kane* (C 07-4417). I also filed supplemental briefing before the
2  California Court of Appeal in *People v. Ray* (A115103) and appeared for oral argument in *People*
3  *v. Leal* (H030415). Once I have completed briefing *People v. Stevens*, I will devote substantially
4  all of my time to working on this case.

5      4. I have not attempted to contact petitioner because he is an incarcerated state prisoner
6  who is representing himself in this case.

7      5. Accordingly, I respectfully request that this Court grant an extension of time to and
8  including June 11, 2008, in which to file a response to the order to show cause.

10  Dated: May 12, 2008

11  Respectfully submitted,

12  EDMUND G. BROWN JR.
    Attorney General of the State of California

13  DANE R. GILLETTE
    Chief Assistant Attorney General

14  GERALD A. ENGLER
15  Senior Assistant Attorney General

    PEGGY S. RUFFRA
16  Supervising Deputy Attorney General

18  /s/ Arthur P. Beever
    ARTHUR P. BEEVER
19  Deputy Attorney General

    Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IDRIS NAWABI,**<br><br>                            Petitioner,<br><br>      v.<br><br>**J. HARTELY, Warden**<br><br>                            Respondent. | C 08-1258 WHA (PR)<br><br>**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |

      GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an extension of time, to and including June 11, 2008, to file a response to the petition for writ of habeas corpus.

      DATED: _____

                                                        WILLIAM ALSUP<br>
                                                        United States District Judge

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Nawabi v. Hartely, Warden**

No.:   **C 08-1258 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 12, 2008, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Idris Nawabi
P-41591/640-53L
Avenal State Prison
P.O. Box 9
Avenal, CA 93204-0009

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 12, 2008, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
|:---:|:---:|
| Declarant | Signature |

40252494.wpd