IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IDRIS NAWABI,<br><br>    Petitioner,<br><br>v.<br><br>J. HARTELY, Warden<br><br>    Respondent. | C 08-1258 WHA (PR)<br><br>**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an extension of time, to and including June 11, 2008, to file a response to the petition for writ of habeas corpus.

DATED: _____

_____
WILLIAM ALSUP
United States District Judge

5/22

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IDRIS NAWABI,

      Plaintiff,

v.

J. HARTELY et al,

      Defendant.
_____/

Case Number: CV08-01258 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Idris Nawabi
P-41591/ 640-53L
Avenal State Prison
PO Box 9
Avenal, CA 93204-0009

Dated: May 23, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk