1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | ARTHUR P. BEEVER
Deputy Attorney General
6 | State Bar No. 242040
 455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
 Telephone: (415) 703-5865
8 | Fax: (415) 703-1234
 Email: arthur.beever@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**IDRIS NAWABI,**

Petitioner,

v.

**J. HARTELY, Warden,**

Respondent.

C 08-1258 WHA (PR)

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 30-day extension of time from today's date until July 11, 2008, in which to file a response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state prisoner representing himself in this case.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including July 11, 2008, in which to file the answer or other responsive pleading.

App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

1

1 | Dated:  June 11, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Arthur P. Beever
ARTHUR P. BEEVER

10 | Deputy Attorney General

11 | Attorneys for Respondent

12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Nawabi v. Hartely, Warden**

No.:   **C 08-1258 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On June 11, 2008, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Idris Nawabi
P-41591/640-53L
Avenal State Prison
P.O. Box 9
Avenal, CA 93204-0009

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 11, 2008, at San Francisco, California.

|  M. Argarin  |  /s/ M. Argarin  |
|:---:|:---:|
| Declarant | Signature |

20116109.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 703-5865
8   Fax: (415) 703-1234
    Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

| | |
|---|---|
| **IDRIS NAWABI,** | C 08-1258 WHA (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **J. HARTELY, Warden,** | |
| Respondent. | |

19      I, Arthur P. Beever, declare under penalty of perjury as follows:

20      1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

22      2. On March 11, 2008, this Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be granted. The California Attorney General's Office in San Francisco docketed the order on March 24, 2008. We have received one 30-day extension of time.

25      3. No Deputy Attorney General was assigned to represent respondent in the state courts. I am unfamiliar with the case. I am presently unable to begin working on this case because I am preparing the Respondent's Brief on the Merits in *People v. Stevens* (California Supreme Court Case No. S158852), which should be completed within the next two days. Once I have completed

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

1

1  briefing *People v. Stevens*, I will devote substantially all of my time to working on this case.

2  4. I have not attempted to contact petitioner because he is an incarcerated state prisoner

3  who is representing himself in this case.

4  5. Accordingly, I respectfully request that this Court grant an extension of time to and

5  including July 11, 2008, in which to file a response to the order to show cause.

Dated:  June 11, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-1258 WHA (PR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IDRIS NAWABI,**<br><br>                                Petitioner,<br><br>      v.<br><br>**J. HARTELY, Warden**<br><br>                                Respondent. | C 08-1258 WHA (PR)<br><br>**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |

      GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an extension of time, to and including July 11, 2008, to file a response to the petition for writ of habeas corpus.

      DATED: _____

                                                WILLIAM ALSUP<br>                                                United States District Judge