1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                      SAN FRANCISCO DIVISION

**IDRIS NAWABI,**

Petitioner,

v.

**J. HARTELY, Warden**

Respondent.

C 08-1258 WHA (PR)

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an extension of time, to and including July 11, 2008, to file a response to the petition for writ of habeas corpus.

DATED: June 23, 2008

IT IS SO ORDERED
Judge William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS NAWABI,<br><br>               Plaintiff,<br><br>  v.<br><br>J. HARTELY et al,<br><br>               Defendant. | Case Number: CV08-01258 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Idris Nawabi
P-41591/ 640-53L
Avenal State Prison
PO Box 9
Avenal, CA 93204-0009

Dated: June 23, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk