Idris Nawabi
P-41591/GF5-10L
Avenal State Prison
P.O. Box 9
Avenal, CA 93204-0009
Pro Se / Status

FILED
08 AUG 11 AM 8:04

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IDRIS NAWABI
        Petitioner,

V.

J. HARTELY, Warden,
        Respondent.

NO. C 08-1258 WHA (PR)

PETITIONER OPPOSITION TO RESPONDENT MOTION TO DISMISS HABEAS CORPUS PETITION AS UNTIMELY AND PROCEDURALLY BARRED

The Petitioner hereby gives the Court notice that he did, in fact received respondent's motion to dismiss habeas corpus petition as untimely and procedurally barred (07-29-08). And that the Petitioner hereby opposes/rejects respondent's motion to dismiss Petitioner's Habeas Corpus Petition as untimely and procedurally barred. Petitioner's oppositions are made in writing (within) to preserve these oppositions for 'Appeal' upon completion of this matter in District Court.

(Attached within below are the following oppositions)

1.) <u>Opposition</u> to the Respondent's assertion

**1**

Opposition to Motion to Dismiss Habeas Corpus Petition as Untimely -
C 08-1258 WHA (PR).

1. that the Petition is un-timely.
2. 2.) Opposition to the Respondent's assertion that the Petition is procedurally barred.

ARGUMENT I:

A. The Respondent contends that the Petition is untimely and that running of the limitation period in this case is governed by USC § 2244(d)(1)(A) is patently unreasonable and does not apply within for the below listed reasons.

1. Under 28 USC § 2254(d)(1)(C), which specifies that the statute of limitations shall run from "the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review..." See Cunningham v. California, 127 S.Ct. 856, 871 (2007) which the court found that imposition of an upper-term sentence based on facts not tried to a jury violates the Sixth Amendment of the United States Constitution. Accordingly, petition for writ of habeas corpus is timely.

ARGUMENT II:

B. Application of Apprendi, Blakely, or Cunningham to Petitioner's case would not violate the rule of Teague v. Lane, 489 U.S. 288 (1989) which as the court would agree that is simply a false as-

2

opposition to Motion to Dismiss Habeas Corpus Petition as untimely-
C 08-1258 WHA (PR).

sertion on the Respondent's part because that would make all cases (even petitioner's case) fall under the erroneous, ambiguous and patently unreasonable, and would fall under the Ex Post Facto Laws. Federal habeas relief is not barred in this matter for the following stated reasons.

Application of Apprendi, Blakely, or Cunningham to petitioner's case would not violate the rule of Teague v. Lane, 489 U.S. 288 (1989). In that case, the Supreme Court held that a new rule of Constitional law cannot be applied retroactively on federal collateral review, unless the new rule forbids criminal punishment of individual conduct or is a "watershed" rule of criminal procedure. Petitioner hereby contends that the rule announced in Cunningham is a "watershed" rule of criminal procedure which held that California Determinate Sentencing Law (D.S.L) is unconstitutional, by placing sentence elevating factfinding within the Judge's province, violates a defendant's right to trial by Jury safeguarded by the Sixth and Fourteenth Amendments to find aggraviting factors to be true beyond reasonable doubt, not merely by a preponderance of the evidence. Cunningham announced that jurors, not judges are allowed to impose an upper-term sentence. See Cunningham v. California, 549 U.S. 270 [127 S.Ct. 856](2007). Accordingly, Petition is not barred procedurally.

     Therefore, in light of the constitutional right newly recognized and announced by U.S. Supreme Court in Cunningham v. California, 549 U.S. 270 [127 S. Ct. 856] (2007) (January 22), petitioner did filed a timely petition for writ of habeas corpus on January 31, 2007, in the Superior Court of California, County of Alameda, the Court denied petitioner's habeas corpus petition (03-28-07).

     On April 26, 2007, petitioner filed a petition for writ of habeas corpus in the California Court of Appeal. The Court of Appeal denied the Petition (05-10-07).

     On July 30, 2007, petitioner filed a petition for writ of habeas corpus in the California Supreme Court. The California Supreme Court denied the Petition for writ of habeas corpus (01-16-08).

     On March 04, 2008, petitioner filed this petition before this District Court (Northern District), raising this constitutional right that was asserted in Cunningham, Blakely, or Apprendi and recognized by the U.S. Supreme Court which found that the imposition of an upper-term sentence by the Judge, absent a jury finding, violates a criminal defendant's Sixth and Fourteenth Amendment right. Accordingly, because the rule of Apprendi, Blakely, or Cunningham rule is newly recognized and clearly established, it should be applied to petitioner's case since this newly recognized rule is a "watershed" rule of criminal procedure.

Opposition to Motion to Dismiss Habeas Corpus Petition as Untimely - C 08-1258 WHA (PR).

## CONCLUSION

For the reasons stated, Respondent's Motion to Dismiss Petitioner's Habeas Corpus Petition as untimely and procedurally barred shall be denied. Petitioner respectfully requests that the petition for writ of habeas corpus be granted federal collateral review for federal habeas relief.

Dated: August 05, 2008

Respectfully submitted

_Idu Nawabi_
Idris Nawabi / Petitioner

Opposition to Motion to Dismiss Habeas Corpus Petition as Untimely-
C 08-1258 WHA (PR)

# PROOF OF SERVICE BY MAIL

Case Name: Nawabi V. Hartely, Warden
No.: C 08-1258 WHA (PR)

I THE UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE. THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT:

ENTITLED: Opposition to Respondent's Motion to Dismiss Habeas Corpus Petition as Untimely and procedurally barred

BY PLACING THE SAME IN AN ENVELOPE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND DEPOSITING IT IN THE [ UNITED STATES MAIL ] AT AVENAL STATE PRISON AND ADDRESSED IT TO THE FOLLOWING:

U.S. District Court,
Northern District of California
Attn: Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

EXECUTED ON August, 05, 2008 AT AVENAL STATE PRISON, AVENAL CALIFORNIA

I, Idris Nawabi DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

_____
SIGNITURE OF DECLARANT

Idris Nawabi/Petitioner
PRINT NAME OF DECLARANT

PRO PER.

Idris Nawabi #P-41591
Avenal State Prison
8.0. Box 9 / Gym-5/10L
Avenal, CA 93204-0009

LEGAL MAIL

AVENAL STATE PRISON

U.S. District Court, Northern
District of California
Attn: Office of the Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL
AVENAL STATE PRISON
MAILROOM
AUG 06 2008

neopost
049J82042606
Mailed From 93204
08/06/2008
$01.00⁰
US POSTAGE

08/05/08

CONFIDENTIAL
LEGAL MAIL